IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERVIE SAVAGE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:21-CV-1523-E |
| WALMART STORES INC., | § § § | |
| Defendant. | § § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Plaintiff's Motion for Leave to Proceed in *Forma Pauperis* on Appeal. (Doc. 16). The Court has considered the motion, record, and applicable law. The Court finds the motion satisfies Federal Rule of Appellate Procedure 24(a)(1). The motion is therefore GRANTED.

SO ORDERED: April 12, 2022.

Ada Brown
UNITED STATES DISTRICT JUDGE

1